UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-080

Nos. 24-2788 & 24-3057

PG PUBLISHING CO INC,
d/b/a Pittsburgh Post-Gazette,
Petitioner in No. 24-2788

v.

NATIONAL LABOR RELATIONS BOARD,
Petitioner in No. 24-3057

NEWSPAPER GUILD OF PITTSBURGH/CWA LOCAL 38061,
Intervenor

(NLRB-1 Nos. 06-CA-248017, 06-CA-263791, & 06-CA-269346)

Present: PHIPPS, CHUNG, and SMITH, Circuit Judges

1.  Motion for Clarification of March 24, 2025 Court Order granting Injunctive Relief in Part;

2.  Response by the National Labor Relations Board in Opposition to the Motion for Clarification of Order;

3.  Response by Intervenor to Motion for Clarification of Order

4.  Reply in Support of motion for Clarification of Order granting Injunctive Relief in Part;

5.  Petition filed by Petitioner/Respondent, PG Publishing Co., Inc. for rehearing before original panel and the court en banc of the Court's March 25, 2025 Order.

Respectfully,
Clerk/sb

_____ORDER_____

The foregoing motion for clarification is DENIED.  The petition seeking rehearing before the original panel is also DENIED.  The petition was not referred to the en banc court in accordance with 3d Cir. I.O.P. 10.3.3.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated:  April 29, 2025
Sb/cc:   All Counsel of Record