UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>24-2788 and 24-3057</u>

PG PUBLISHING CO INC,
d/b/a Pittsburgh Post-Gazette,
Petitioner in No. 24-2788

v.

NATIONAL LABOR RELATIONS BOARD
Petitioner in No. 24-3057

NEWSPAPER GUILD OF PITTSBURGH/CWA LOCAL 38061,
Intervenor*

*(Pursuant to Clerk Order dated 12/3/24)

(NLRB Nos. 06-CA-248017, 06-CA-263791, 06-CA-269346)

Present: RESTREPO, BIBAS and CHUNG, *Circuit Judges*

1. Motion filed by Petitioner/Cross Respondent PG Publishing Co Inc to Stay Injunction Pending Company's Petition for En Banc Review of Court's Opinion and Judgment.

Respectfully,
Clerk/SB/JK

_____ORDER_____
The foregoing motion is DENIED.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: November 24, 2025
Sb/cc: All Counsel of Record