UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>24-2788 and 24-3057</u>

PG PUBLISHING CO INC,
d/b/a Pittsburgh Post-Gazette,
Petitioner in No. 24-2788

v.

NATIONAL LABOR RELATIONS BOARD
Petitioner in No. 24-3057

NEWSPAPER GUILD OF PITTSBURGH/CWA LOCAL 38061,
Intervenor*

*(Pursuant to Clerk Order dated 12/3/24)

(NLRB Nos. 06-CA-248017, 06-CA-263791, 06-CA-269346)

Present:  RESTREPO, BIBAS, and CHUNG, *Circuit Judges*

1. Motion filed by Petitioner/Cross Respondent PG Publishing Co Inc. for rehearing before the original panel and the court en banc of the Court's Order dated November 24, 2025 pursuant to 3d Cir. I.O.P. 10.3.3.

                                    Respectfully,
                                    Clerk/sb

_____ORDER_____

As the petition is requesting rehearing of a non-dispositive post-judgment order, the Court has construed it as motion for reconsideration of the November 24, 2025 order pursuant to 3d Cir. I.O.P 10.3.3.  So construed, the motion is DENIED.

                                    By the Court,

                                    <u>s/ Cindy K. Chung</u>
                                    Circuit Judge

Dated: December 8, 2025
Sb/cc:  All Counsel of Record