# Supreme Court of the United States

No.    25A725

PG PUBLISHING CO., INC. DBA PITTSBURGH POST-GAZZETTE

Applicant

v.

NATIONAL LABOR RELATIONS BOARD, ET AL.

## O R D E R

UPON CONSIDERATION of the application of counsel for the applicant,

IT IS ORDERED that the March 24, 2025 and November 10, 2025 orders of the United States Court of Appeals for the Third Circuit, case Nos. 24-2788 and 24-3057 are hereby administratively stayed pending further order of the undersigned or of the Court. It is further ordered that a response to the application be filed on or before Monday, January 5, 2026, by 5 p.m. (EST).

/s/    Samuel A. Alito, Jr
Associate Justice of the Supreme
Court of the United States

Dated this 22nd
day of December, 2025.